**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **SELWYN MILLS,** | **:** | |
| **Plaintiff,** | **:** | |
| | **:** | **No. 1:20-cv-00266** |
| **v.** | **:** | |
| | **:** | **(Judge Kane)** |
| **DR. ROGERS, et al.,** | **:** | |
| **Defendants** | **:** | |

## ORDER

**AND NOW**, on this 4th day of August 2020, in accordance with the Memorandum issued concurrently with this Order, **IT IS ORDERED THAT**:

1.    Defendant Pujara's motion to dismiss (Doc. No. 18) is **DENIED**;

2.    Defendant Pujara is directed to file an answer to Plaintiff's complaint (Doc. No. 1) within fourteen (14) days of the date of this Order; and

3.    The parties are directed to complete discovery within six (6) months of the date on which Defendant Pujara files his answer.

s/ Yvette Kane
Yvette Kane, District Judge
United States District Court
Middle District of Pennsylvania