# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **SELWYN MILLS,** | : | |
|     Plaintiff, | : | |
| | : | No. 1:20-cv-00266 |
|     v. | : | |
| | : | (Judge Kane) |
| **DR. ROGERS, et al.,** | : | |
|     Defendants | : | |

## ORDER

**AND NOW**, on this 13th day of November 2020, in accordance with the Memorandum issued concurrently with this Order, **IT IS ORDERED THAT** Defendant Pujara's motion to dismiss (Doc. No. 55) is **GRANTED**, and the Clerk of Court is directed to terminate him as a Defendant from the docket in the above-captioned case.

                                                    s/ Yvette Kane
                                                    Yvette Kane, District Judge
                                                    United States District Court
                                                    Middle District of Pennsylvania